| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Copenhaver, Jr., John T | 2. Court or Organization U.S.D.C. S.D. W.Va. | 3. Date of Report 8/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date 9/26/1976 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 2546 Charleston, WV 25329 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Sarah & Pauline Maier Foundation, Inc. (non-prft) |
| 2. Administrator | Estate of ███████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AUG 16 A 11: 13 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 8/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental #1, Charleston, WV 1/2 Appraisal 6/80 | A | Rent | L | Q | | | | | |
| 2. Smith Barney Citigroup I 1/2 SB Money Funds C P CL A | A | Interest | J | T | | | | | |
| 3. Smith Barney Citigroup II, SB Money Funds C P CL A | B | Interest | M | T | | | | | |
| 4. Smith Barney Citigroup, ⬤ SB Money Funds C P CL A | A | Interest | J | T | | | | | |
| 5. Est.of ▬▬▬ 1/2 SB Money Funds C P CL A | A | Interest | J | T | | | | | |
| 6. Est.of ▬▬▬ 1/2 Bank One CD | A | Interest | J | T | | | | | |
| 7. Est.of ▬▬▬ 1/2 int., WesBanco stock | A | Dividend | K | T | | | | | |
| 8. Lts. ⬤ Parsons & Poling, Chas. WV-1/2-apprs'l 6/80 | A | None | J | Q | | | | | |
| 9. Parcel, Elk River near Bream, Kan.Co. 1/2-appraisal 6/80 | A | None | J | Q | | | | | |
| 10. Smith Barney Funds, Inc. - IRA Large Cap Value Fund CLA | A | Dividend | K | T | | | | | |
| 11. Rental #2, Charleston, WV ⬤ Purchased 11/83 for $33,000 | C | Rent | K | R | | | | | |
| 12. Rental #3, Charleston, WV ⬤ Purchased 12/86 for $27,500 | A | Rent | K | R | | | | | |
| 13. Huntington Bancshares West Virginia, Inc. - Stock | B | Dividend | L | T | | | | | |
| 14. Exxon Mobil-Stock | A | Dividend | K | T | | | | | |
| 15. Bank One - Money Market Account Balance | A | Interest | L | T | | | | | |
| 16. Bank One - Checking Account | A | Interest | K | T | | | | | |
| 17. Bank One - CD | A | Interest | J | T | | | | | |
| 18. Fidelity Trust Fund - shares | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15.001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000.001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 8/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. U.S. Series EE Bonds - converted to Bank One Securities Corp | A | Interest | K | T | | | | | |
| 20. Min. Int. Kan. Co. WV-1/4 of 23-3█ Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 21. Min. Int. Kan. Co., WV-1/4 of 2-3/█, Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 22. Min.Int. Kan. Co. WV-1/8 of █ Poca River - App'l 6/80 | A | Rent | J | Q | | | | | |
| 23. Min. Int. Kan. Co. WV-1/8 of █Poca R. Hills-App6/80 | A | Rent | J | Q | | | | | |
| 24. Min. Int. Kan. Co. WV-1/2 of 11/48 of █Poca R. App.6/80 | A | Rent | J | Q | | | | | |
| 25. Min. Int. Kan. Co. WV-1/8 of █Grapevine Crk. App.6/80 | A | Rent | J | Q | | | | | |
| 26. Min.Int.Kan.Co. WV-1/2 of 5/48 of █Tuppers Ck. App.6/80 | A | Rent | J | Q | | | | | |
| 27. Min.Int.Putnam Co., WV-1/2 of █ Kan. Hills-App.6/80 | A | Rent | J | Q | | | | | |
| 28. Min.Int. Putnam Co., WV-1/2 of █Kan. Hills-App 6/80 | A | Rent | J | Q | | | | | |
| 29. Min. Int. Kan. Co., WV-Tate Lease/Colubmia Gas | A | Rent | J | W | | | | | |
| 30. U.S. Treasury Bonds | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A  = $1,000 or less    B  = $1,001-$2,500    C  = $2,501-$5,000    D  = $5,001-$15,000    E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1  = $1,000,001-$5,000,000    H2  = More than $5,000,000
2. Value Codes:    J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1  = $1,000,001-$5,000,000    P2  = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4  = $More than $50,000,000
3. Value Method Codes    Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market
   (See Column C2)    U  = Book Value    V  = Other    W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Copenhaver, Jr., John T | 8/11/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___August 11, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544